BUSINESS INFORMATION
CONNIE LAWSON
INDIANA SECRETARY OF STATE
12/09/2016 11:42 AM

## Business Details

| | |
|---|---|
| Business Name: | **CELADON TRUCKING SERVICES, INC.** |
| Entity Type: | **Foreign For-Profit Corporation** |
| Creation Date: | **09/30/1992** |
| Principal Office Address: | **ONE CELADON DRIVE, 9503 E 33RD ST, INDPLS, IN, 46235, USA** |
| Domicile of State: | **New Jersey** |

| | |
|---|---|
| Business ID: | **1992100006** |
| Business Status: | **Active** |
| Business Entity Report Due Date: | **09/30/2016** |

## Principal Information

| Title | Name | Address |
|---|---|---|
| Other | William Eric Meek | 9503 E. 33rd Street, Indianapolis, IN, 46235, USA |
| Other | Bobby Peavler | 9503 E. 33rd Street, Indianapolis, IN, 46235, USA |
| Director | STEPHEN RUSSELL | ONE CELADON DR, 9503 E 33RD ST, Indianapolis, IN, 46235, USA |
| Secretary | Ken Core | 9503 E. 33rd Street, Indianapolis, IN, 46235, USA |
| President | PAUL A WILL | ONE CELADON DR, 9503 E 33RD ST, Indianapolis, IN, 46235, USA |

## Registered Agent Information

| | |
|---|---|
| Type: | **Individual** |
| Name: | **KENNETH L CORE** |
| Address: | **9503 E 33RD ST, INDIANAPOLIS, IN, 46235, USA** |



EXHIBIT

C

STATE OF INDIANA
OFFICE OF THE SECRETARY OF STATE

CERTIFICATE OF AUTHORITY

I, JOSEPH H. HOGSETT, Secretary of State of Indiana, hereby certify that
the Application for Certificate of Authority to do business in the State
of Indiana of the following corporation in the form prescribed by my
office has been presented to me at my office, accompanied by the fees
together with a Certificate of Existence of the corporation, as
prescribed by the provisions of the Indiana Business Corporation Law, as
amended.

        I further certify that:

The name under which the corporation is to transact business in
the State of Indiana, is
CELADON TRUCKING SERVICES, INC.

The corporation is incorporated under the laws of the State of New
Jersey

The name and address of its resident agent in Indiana for service
of legal process is
Lee Weiss
2995 South Harding Street               Indianapolis
462250000

WHEREFORE, I hereby issue to such corporation this Certificate of
Authority, and I further certify that it shall have authority to transact
business in the State of Indiana effective on September 30, 1992, subject
to the terms and conditions prescribed by the Indiana Business
Corporation Law, as amended.

                        In Witness Whereof, I have hereunto set my
                        hand and affixed the seal of the State of
                        Indiana, at the City of Indianapolis, this
                        Thirtieth     day of September, 1992

                        _____
                        JOSEPH H. HOGSETT, Secretary of State

                        By_____
                                                        Deputy

1992.100006

**APPLICATION FOR CERTIFICATE OF AUTHORITY OF A FOREIGN CORPORATION**

State Form 38784 (R 4 / 11-87) Corporate Form 112
Prescribed by Joseph H. Hogsett Secretary of State of Indiana

INSTRUCTIONS:
1. Use an 8½ x 11 inch paper for inserts.
2. Present 2 originally executed copies

3. FILING FEE - $90.00
4. Must submit a certificate of existence duly authenticated by the proper authority from corporation's domiciliary state. I.C. 23-1-49-1 et seq.

---

**APPLICATION FOR CERTIFICATE OF AUTHORITY**
**OF**

**CELADON TRUCKING SERVICES, INC.**

**A FOREIGN CORPORATION,**
**TO TRANSACT BUSINESS IN THE STATE OF INDIANA**

The undersigned officer of the above _____ New Jersey _____ (State of Domicile)
corporation which was formed as:

☒ A general business corporation     ☐ A professional corporation

desiring to effectuate the admittance of the Corporation to transact business in the State of Indiana, certifies the following facts:

**ARTICLE I: Name**

Name of Corporation: (Must be identical to name shown in Articles of Incorporation and Amendments thereto)

    Celadon Trucking Services, Inc.

**ARTICLE II: Registered Office and Registered Agent and Principal Office**

Address of its registered office in Indiana

    2995 South Harding Street, Indianapolis, Indiana      ZIP Code  46225

Name of the registered agent at the office

    Celadon Trucking Services, Inc., Attention Les Weiss

Street address of its principal office

    888 Seventh Avenue, New York, NY      ZIP Code  10106

**ARTICLE III: Date of Incorporation and Duration of Existence**

The date of Incorporation in domiciliary state:

    May 1, 1985

Period of duration:

    Perpetual

**ARTICLE IV: Corporate Officers**

The names and business addresses of the officers of the Corporation:

| Name | Title | Address (Street, city and state) | ZIP Code |
|---|---|---|---|
| Stephen Russell | Chairman of the Board | 888 Seventh Ave., New York, NY | 10106 |
| Leonard Bennett | President | 888 Seventh Ave., New York, NY | 10106 |
| Richard Goldenberg | Vice President - Finance, | 888 Seventh Ave., New York, NY | 10106 |
|  | Secretary & Treasurer |  |  |
|  |  |  |  |

| ARTICLE V: Board of Directors | | |
|---|---|---|
| The names and business address of the Board of Directors of the Corporation are as follows: | | |
| Name | Address (Street, city and state) | ZIP Code |
| Stephen Russell | 888 Seventh Avenue, New York, NY   10106 | |
| Leonard Bennett | 888 Seventh Avenue, New York, NY   10106 | |
| | | |
| | | |
| | | |

In witness whereof, the undersigned being the _____ Chairman of the Board _____ .
(title)

of said corporation executes this Application for Certificate of Authority, and verifies subject to penalties of perjury, that the facts contained herein are true this ___ 23rd ___ day of September _____ , 19 92 ___ .

| Signature | Printed Name |
|---|---|
| | Stephen Russell |

FORM. C-535-A



# State of New Jersey

## Department of State

CELADON TRUCKING SERVICES, INC.

I, the Secretary of State of the State of New Jersey, DO HEREBY CERTIFY that the records of this office show that the charter of the above-named corporation was filed in this office on the 1st day of May A.D. 1985.

I FURTHER CERTIFY, that so far as the records of this office show, said corporation has never been dissolved by action of its stockholders, nor has its charter been voided for non-payment of State taxes by Proclamation and now continues as an existing corporation within the State of New Jersey. At the time of the issuance of this certificate Annual Reports are current

I FURTHER CERTIFY, that the location of the registered office is 28 West State Street Trenton, New Jersey 08608 and the registered agent is The Corporation Trust Company



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal at Trenton this 28th day of September A.D. 1992.

*Daniel J. Dalton*

SECRETARY OF STATE