IN THE SUPERIOR COURT CARROLL COUNTY

STATE OF GEORGIA

RITA MEEKS, individually and as Administratrix )
of the Estate of ALAN HEMBREE,                  )
                                                )
    Plaintiff,                                  )
                                                )
                                                )    CIVIL ACTION FILE
vs.                                             )    NO. 15CV01044
                                                )
EULUS HOLBERT KEOWN, JR.,                        )
ROBERT LYNN NEWCOMB, CELADON                     )
TRUCKING SERVICES, INC., and WABASH             )
NATIONAL CORPORATION,                            )
                                                )
Defendants.                                     )

## PLAINTIFF'S NOTICE OF TAKING DEPOSITION

TO:   **Robert Lynn Newcomb**
      **c/o John D. Dixon**
      **Dennis, Corry, Porter & Smith, LLP**
      **3535 Piedmont Road, NE**
      **14 Piedmont Center, Suite 900**
      **Atlanta, GA 30305**

PLEASE TAKE NOTICE that pursuant to O.C.G.A. § 9-11-30, Plaintiff in the above-

captioned matter will take the deposition upon oral examination of Robert Lynn Newcomb, on

Monday, February 22, 2016, at 11:00 a.m. at the office of John D. Dixon, Dennis, Corry, Porter,

and Smith, LLP, located at 3535 Piedmont Road, NE 14 Piedmont Center, Suite 900, Atlanta,

Georgia 30305, before an officer duly sworn for the purposes of use at trial, cross-examination,

and for such other purposes authorized by the Georgia Civil Practice Act.

The deposition will be taken before an authorized court reporter or before some other

officer duly authorized by law to administer oaths. The deposition will continue from day to day

until its completion.

You are invited to attend and examine the witness.



This 28th day of January, 2016.

Matthew E. Cook
Georgia Bar No. 184399
Kate S. Cook
Georgia Bar No. 280584
COOK LAW GROUP, LLC
P.O. Box 2415
Gainesville, Georgia 30503
Telephone: (678) 928-3899
Facsimile: (888) 612-0589
matt@cook-lawgroup.com
kate@cook-lawgroup.com

Chris Adams
Kenneth S. Nugent, P.C.
1355 Peachtree Street, NE
Suite 1000
Atlanta GA 30309
cadams@attorneykennugent.com

Jan P. Cohen
Georgia Bar No. 174337
4227 Pleasant Hill Road
Building 11, Suite 300
Duluth, GA 30096
Email: jcohen@attorneykennugent.com

*Attorneys for Plaintiff*

IN THE SUPERIOR COURT CARROLL COUNTY

STATE OF GEORGIA

RITA MEEKS, individually and as Administratrix ) 
of the Estate of ALAN HEMBREE, )
)
   Plaintiff, )
)    CIVIL ACTION FILE
vs. )    NO. 15CV01044
)
EULUS HOLBERT KEOWN, JR., )
ROBERT LYNN NEWCOMB, CELADON )
TRUCKING SERVICES, INC., and WABASH )
NATIONAL CORPORATION, )
)
Defendants. )

## CERTIFICATE OF SERVICE

The undersigned, attorney for Plaintiff in the above-styled case, hereby certifies that this day all parties have been served with a copy of the within and foregoing by STATUTORY ELECTRONIC SERVICE and/or United States Mail with proper postage affixed thereto and addressed as follows:

R. Christopher Harrison
Downey & Cleveland, LLP
harrison@downeycleveland.com
*Attorney for Defendant Keown*

John D. Dixon
Dennis, Corry, Porter & Smith, LLP
3535 Piedmont Road, NE
14 Piedmont Center, Suite 900
Atlanta, GA 30305
*Attorney for Defendants Newcomb & Celadon Trucking Services, Inc.*

Fred Valz, III
William Underwood
Carlock, Copeland & Stair, LLP
P.O. Box 56887
Atlanta, GA 30303
*Attorneys for GEICO Indemnity Company*

Scott Bonder
Joseph A. White
Fried & Bonder, LLC
White Provision, Suite 305
1170 Howell Mill Road, NW
Atlanta, GA 30318

Paul Jefferson
Jefferson & Brewer, LLC
300 N. Meridian Street, Suite 220
Indianapolis, IN 46204
***Attorneys for Defendant Wabash National Corporation***

Dated this, the 28th day of January, 2016.

_____
Matthew E. Cook

# COOK LAW GROUP, LLC

## ATTORNEYS AT LAW

Matthew E. Cook
matt@cook-lawgroup.com

P.O. Box 2415
Gainesville, GA 30503
(678) 928-3899 (o)
(888) 612-0589 (f)

Kate S. Cook
kate@cook-lawgroup.com

January 28, 2016

Alan J. Lee, Clerk
Superior Court of Carroll County
P.O. Box 1620
Carrollton, GA 30112

      Re:    *Meeks v Keown, et al.*
              Superior Court of Carroll County
              Civil Action No. 15CV01044

Dear Mr. Lee:

Please find enclosed an original and one (1) copy of Plaintiff's Notice of Taking Deposition concerning the above-referenced action. Kindly file the original and return the copy to me stamped "filed" in the self-addressed stamped envelope provided.

I appreciate your assistance in this matter.

Sincerely,
COOK LAW GROUP, LLC

Kimberly Adams

/kaa
Enclosures

cc:    R. Christopher Harrison
      John D. Dixon
      Fred Valz, III / William Underwood
      Scott Bonder / Joseph A. White
      Paul Jefferson
      Chris Adams
      Jan P. Cohen

500 Jesse Jewell Parkway
Suite 201
Gainesville, GA 30501

IN THE SUPERIOR COURT CARROLL COUNTY
STATE OF GEORGIA

RITA MEEKS, individually and as Administratrix )
of the Estate of ALAN HEMBREE,                )
                                              )
    Plaintiff,                                )
                                              )        CIVIL ACTION FILE
vs.                                           )        NO. 15CV01044
                                              )
EULUS HOLBERT KEOWN, JR.,                     )
ROBERT LYNN NEWCOMB, CELADON                  )
TRUCKING SERVICES, INC., and WABASH           )
NATIONAL CORPORATION,                         )
                                              )
Defendants.                                   )

## PLAINTIFF'S AMENDED NOTICE OF TAKING DEPOSITION

TO:    **Robert Lynn Newcomb**
       **c/o John D. Dixon**
       **Dennis, Corry, Porter & Smith, LLP**
       **3535 Piedmont Road, NE**
       **14 Piedmont Center, Suite 900**
       **Atlanta, GA 30305**

PLEASE TAKE NOTICE that pursuant to O.C.G.A. § 9-11-30, Plaintiff in the above-captioned matter will take the deposition upon oral examination of Robert Lynn Newcomb, on Friday, July 22, 2016, at 11:00 a.m. at the office of John D. Dixon, Dennis, Corry, Porter, and Smith, LLP, located at 3535 Piedmont Road, NE 14 Piedmont Center, Suite 900, Atlanta, Georgia 30305, before an officer duly sworn for the purposes of use at trial, cross-examination, and for such other purposes authorized by the Georgia Civil Practice Act.

The deposition will be taken before an authorized court reporter or before some other officer duly authorized by law to administer oaths. The deposition will continue from day to day until its completion.

You are invited to attend and examine the witness.

This 1st day of June, 2016.

Matthew E. Cook
Georgia Bar No. 184399
Kate S. Cook
Georgia Bar No. 280584
COOK LAW GROUP, LLC
P.O. Box 2415
Gainesville, Georgia 30503
Telephone: (678) 928-3899
Facsimile: (888) 612-0589
matt@cook-lawgroup.com
kate@cook-lawgroup.com

Chris Adams
Kenneth S. Nugent, P.C.
1355 Peachtree Street, NE
Suite 1000
Atlanta GA 30309
cadams@attorneykennugent.com

Jan P. Cohen
Georgia Bar No. 174337
4227 Pleasant Hill Road
Building 11, Suite 300
Duluth, GA 30096
Email: jcohen@attorneykennugent.com

Jonathan Lee Greer
Greer Tisinger, LLC
210 South Street
Carrollton, GA 30117
770-836-8327 - Phone
770-838-9756 - Fax
jon@greertisingerlaw.com

*Attorneys for Plaintiff*

IN THE SUPERIOR COURT CARROLL COUNTY
STATE OF GEORGIA

RITA MEEKS, individually and as Administratrix )
of the Estate of ALAN HEMBREE, )
                                        )
    Plaintiff, )
                                        )     CIVIL ACTION FILE
vs. )     NO. 15CV01044
                                        )
EULUS HOLBERT KEOWN, JR., )
ROBERT LYNN NEWCOMB, CELADON )
TRUCKING SERVICES, INC., and WABASH )
NATIONAL CORPORATION, )
                                        )
Defendants. )

## CERTIFICATE OF SERVICE

The undersigned, attorney for Plaintiff in the above-styled case, hereby certifies that this

day all parties have been served with a copy of the within and foregoing by STATUTORY

ELECTRONIC SERVICE and/or United States Mail with proper postage affixed thereto and

addressed as follows:

R. Christopher Harrison
Downey & Cleveland, LLP
harrison@downeycleveland.com
***Attorney for Defendant Keown***

John D. Dixon
Dennis, Corry, Porter & Smith, LLP
3535 Piedmont Road, NE
14 Piedmont Center, Suite 900
Atlanta, GA 30305
***Attorney for Defendants Newcomb & Celadon Trucking Services, Inc.***

Fred Valz, III
William Underwood
Carlock, Copeland & Stair, LLP
P.O. Box 56887
Atlanta, GA 30303
***Attorneys for GEICO Indemnity Company***

Scott Bonder
Joseph A. White
Fried & Bonder, LLC
White Provision, Suite 305
1170 Howell Mill Road, NW
Atlanta, GA 30318

Paul Jefferson
Jefferson & Brewer, LLC
300 N. Meridian Street, Suite 220
Indianapolis, IN 46204
***Attorneys for Defendant Wabash National Corporation***

Dated this, the 1ˢᵗ day of June, 2016.

Matthew E. Cook
Kate S. Cook

# COOK LAW GROUP, LLC

## ATTORNEYS AT LAW

Matthew E. Cook
matt@cook-lawgroup.com

P.O. Box 2415
Gainesville, GA 30503
(678) 928-3899 (o)
(888) 612-0589 (f)

Kate S. Cook
kate@cook-lawgroup.com

June 1, 2016

Alan J. Lee, Clerk
Superior Court of Carroll County
P.O. Box 1620
Carrollton, GA 30112

      Re:    *Meeks v Keown, et al.*
                Superior Court of Carroll County
                Civil Action No. 15CV01044

Dear Mr. Lee:

Please find enclosed an original and one (1) copy of Plaintiff's Amended Notice of Taking Deposition concerning the above-referenced action. Kindly file the original and return the copy to me stamped "filed" in the self-addressed stamped envelope provided.

I appreciate your assistance in this matter.

Sincerely,
COOK LAW GROUP, LLC

Kimberly Adams

/kaa
Enclosures

cc:    R. Christopher Harrison
       John D. Dixon
       Fred Valz, III / William Underwood
       Scott Bonder / Joseph A. White
       Paul Jefferson
       Chris Adams
       Jan P. Cohen
       Jon Greer

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
CARROLL COUNTY, GEORGIA

**SUCV2015001044**
**J024**
**NOV 11, 2016 02:31 PM**

Alan J. Lee
Alan Lee, Clerk
Carroll County, Georgia

IN THE SUPERIOR COURT OF CARROLL COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| RITA MEEKS, Individually, and | * | |
| as Administratrix of the Estate of | * | |
| ALAN HEMBREE, | * | CIVIL ACTION |
| *Plaintiffs,* | * | FILE NO.  15CV01044 |
| | * | |
| vs. | * | JUDGE:  Kirby |
| | * | |
| EULUS HOLBERT KEOWN, JR., | * | |
| ROBERT LYNN NEWCOMB, | * | |
| CELADON TRUCKING SERVICES, | * | |
| INC., and WABASH NATIONAL | * | |
| CORPORATION, | * | |
| *Defendants.* | * | |

## PLAINITFFS' NOTICE OF TAKING DEPOSITIONS OF
## CHASE WELCH AND ROBERT LYNN NEWCOMB

**TO:** Celadon Trucking Services, Inc.:  The following person(s) will be deposed:

1. Chase Welch, Safety Director

2. Robert Lynn Newcomb, Driver

**PLEASE TAKE NOTICE** that pursuant to O.C.G.A. S 9-11-30, 9-11-34, and 9-ll-45, Plaintiffs in the above-captioned matter will take the deposition upon oral examination of the Celadon Trucking Services, Inc.' Representative(s) referenced above beginning Tuesday, November 22, 2016 at 8:30 a.m., Celadon Corporate Office, 9503 East 33rd Street, Indianapolis, IN 46235, before an officer duly authorized by law to administer oaths and take deposition testimony for the purpose of discovery, for use in this action, or for such other purposes as are permitted by the Georgia Civil Practice Act.

The deposition will continue from day to day until its completion including November 23, 2016, if necessary.

You are invited to attend and examine the witness.

This 11th day of November, 2016.

GREER TISINGER, LLC

By: _____
Jon Greer
Georgia Bar No. 107106
**Counsel for Plaintiff**

210 South Street
Carrollton, Georgia  30117
Phone: (770) 836-8327
Fax:    (770) 838-9756
jon@greertisingerlaw.com

## IN THE SUPERIOR COURT OF CARROLL COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **RITA MEEKS, Individually, and** | * | |
| **as Administratrix of the Estate of** | * | |
| **ALAN HEMBREE,** | * | **CIVIL ACTION** |
| *Plaintiffs,* | * | **FILE NO. 15CV01044** |
| | * | |
| **vs.** | * | **JUDGE: Kirby** |
| | * | |
| **EULUS HOLBERT KEOWN, JR.,** | * | |
| **ROBERT LYNN NEWCOMB,** | * | |
| **CELADON TRUCKING SERVICES,** | * | |
| **INC., and WABASH NATIONAL** | * | |
| **CORPORATION,** | * | |
| *Defendants.* | * | |

## CERTIFICATE OF SERVICE

The undersigned, attorney for Plaintiffs in the above-styled case, hereby certifies

that this day all parties have been served with a copy of the within and foregoing by

STATUTORY ELECTRONIC SERVICE and/or United States Mail with proper postage

affixed thereto and addressed as follows:

Christopher J. Adams, Esq.
Jan P. Cohen, Esq.
KENNETH S. NUGENT
1355 Peachtree Street, NE
Suite 100
Atlanta, Georgia   30309

Matthew E. Cook, Esq.
Kate S. Cook, Esq.
COOK LAW GROUP
500 Jesse Jewell Parkway
#201
Gainesville, Georgia   30501

R. Christopher Harrison, Esq.
DOWNEY & CLEVELAND
288 Washington Avenue
Marietta, Georgia   30060

*Meeks v. Wabash*
Notice of Taking Depositions of Chase Welch and Robert Lynn Newcomb
Superior Court of Carroll County – CAFN: 15CV01044

Page 3

Scott Bonder, Esq.
Joseph A. White, Esq.
FRIED & BONDER
White Provision
Suite 305
1170 Howell Mill Road, NW
Atlanta, Georgia   30318

John D. Dixon, Esq.
Jan Seanor Sigman, Esq.
DENNIS, CORRY,
PORTER & SMITH
3535 Piedmont Road
14 Piedmont Center
Suite 900
Atlanta, Georgia   30305

Paul Jefferson, Esq.
JEFFERSON & BREWER
300 N. Main Street
Suite 220
Indianapolis, Indiana   46204

This the 11th day of November, 2016.

GREER TISINGER, LLC

Jon Greer
Georgia State Bar No. 107106
**Counsel for Plaintiff**

Post Office Box 529
Carrollton, Georgia  30112
Phone: (770) 836-8327
Fax:    (770) 838-9756
jon@greertisingerlaw.com

---

*Meeks v. Wabash*
Notice of Taking Depositions of Chase Welch and Robert Lynn Newcomb
Superior Court of Carroll County – CAFN:  15CV01044

Page 4