IN THE SUPERIOR COURT CARROLL COUNTY
STATE OF GEORGIA

| | |
|---|---|
| RITA MEEKS, individually and as Administratrix of the Estate of ALAN HEMBREE, )<br><br>Plaintiff, )<br><br>vs. )<br><br>EULUS HOLBERT KEOWN, JR., ROBERT LYNN NEWCOMB, CELADON TRUCKING SERVICES, INC., and WABASH NATIONAL CORPORATION, )<br><br>Defendants. ) | CIVIL ACTION FILE<br>NO. 15CV01044 |

## PLAINTIFFS' SUBPOENA DUCES TECUM AND NOTICE OF TAKING 30 (b) (6) DEPOSITIONS

**TO:** Wabash National Corporation: The person(s) most knowledgeable about the following topics:

1. Design of the underride bar/guard utilized on the subject trailer;
2. Testing and failure analysis of the underride bar/guard as used on the subject trailer;
3. Claims, litigation and alleged failures of underride bars/guards with the same design as the subject trailer;
4. Claims, litigation and alleged failures of the welds of any underride bar/guard used by Wabash;
5. Alternative designs or changes to the design of underride bars/guards utilized by Wabash since the subject trailer was manufactured;
6. Inspections of the subject trailer's underride bar/guard at any time (before or after the collision);
7. Quality control efforts, inspections, protocols and policies pertaining to the assembly/construction of underride bars/guards at Wabash at the time the subject trailer was manufactured; and
8. Quality control efforts, inspections, protocols and policies pertaining to the adequacy of welds during the manufacturing/assembly phase of the underride bar/guards at Wabash including any changes in such efforts, inspections, policies or protocols from the date of the manufacture/assembly of the subject trailer to the present.

PLEASE TAKE NOTICE that pursuant to O.C.G.A. § 9-11-30, 9-11-34, and 9-11-45,

Plaintiffs in the above-captioned matter will take the deposition upon oral examination of the


EXHIBIT J

Corporate Representative(s) referenced above beginning Wednesday, May 11, 2016 **at 10:00 a.m., Wabash National Corporate Headquarters, 1000 Sagamore Parkway S, Lafayette, IN 47905**, before an officer duly authorized by law to administer oaths and take deposition testimony for the purpose of discovery, for use in this action, or for such other purposes as are permitted by the Georgia Civil Practice Act. The deposition will continue from day to day until its completion including May 12, 2016, if necessary.

This witness shall bring with him the items listed in Exhibit "A" attached hereto.

You are invited to attend and examine the witness.

This 3rd day of May, 2016.

                                                                COOK LAW GROUP, LLC

                                                                Matthew E. Cook
                                                                Georgia Bar No. 184399
Kate S. Cook
Georgia Bar No. 280584
P.O. Box 2415
Gainesville, Georgia 30503
Telephone: (678) 928-3899
Facsimile: (888) 612-0589
matt@cook-lawgroup.com
kate@cook-lawgroup.com

Chris Adams
Kenneth S. Nugent, P.C.
1355 Peachtree Street, NE
Suite 1000
Atlanta GA 30309
cadams@attorneykennugent.com

Jan P. Cohen
Georgia Bar No. 174337
4227 Pleasant Hill Road
Building 11, Suite 300
Duluth, GA 30096
jcohen@attorneykennugent.com

                                                Jonathan Lee Greer
                                                Greer Tisinger, LLC
                                                210 South Street
                                                Carrollton, GA 30117
                                                jon@greertisingerlaw.com

                                                ***Attorneys for Plaintiff***

## Exhibit "A"

1. All photos, memoranda, writings (electronic or otherwise) video, notes, inspection documents or any other tangible thing pertaining to any inspection of the underride bar/guard on the subject trailer at any time from the date of its manufacture to the present;

2. All documents, policies, videos or training materials regarding how the welding and assembly of the underride bar/guard should be performed on the type of underride bar/guard utilized on the subject trailer; and

3. All documents, policies, videos or training materials discussing how the welding and assembly of the underride bar/guard should be performed on the type of underride bar/guard utilized on the subject trailer.

IN THE SUPERIOR COURT CARROLL COUNTY
STATE OF GEORGIA

| | |
|---|---|
| RITA MEEKS, individually and as Administratrix of the Estate of ALAN HEMBREE,<br><br>    Plaintiff,<br><br>vs.<br><br>EULUS HOLBERT KEOWN, JR., ROBERT LYNN NEWCOMB, CELADON TRUCKING SERVICES, INC., and WABASH NATIONAL CORPORATION,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION FILE<br>)  NO. 15CV01044<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

The undersigned, attorney for Plaintiff in the above-styled case, hereby certifies that this day all parties have been served with a copy of the within and foregoing by STATUTORY ELECTRONIC SERVICE and/or United States Mail with proper postage affixed thereto and addressed as follows:

R. Christopher Harrison
Downey & Cleveland, LLP
harrison@downeycleveland.com
*Attorney for Defendant Keown*

John D. Dixon
Dennis, Corry, Porter & Smith, LLP
3535 Piedmont Road, NE
14 Piedmont Center, Suite 900
Atlanta, GA 30305
*Attorney for Defendants Newcomb & Celadon Trucking Services, Inc.*

Fred Valz, III
William Underwood
Carlock, Copeland & Stair, LLP
P.O. Box 56887
Atlanta, GA 30303
*Attorneys for GEICO Indemnity Company*

Scott Bonder
Joseph A. White
Fried & Bonder, LLC
White Provision, Suite 305
1170 Howell Mill Road, NW
Atlanta, GA 30318

Paul Jefferson
Jefferson & Brewer, LLC
300 N. Meridian Street, Suite 220
Indianapolis, IN 46204
***Attorneys for Defendant Wabash National Corporation***

Dated this, the 3rd day of May, 2016.

_____
Matthew E. Cook
Kate S. Cook

■ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
CARROLL COUNTY, GEORGIA
**SUCV2015001044**
J024
NOV 11, 2016 02:31 PM

Alan Lee, Clerk
Carroll County, Georgia

IN THE SUPERIOR COURT OF CARROLL COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| RITA MEEKS, Individually, and as Administratrix of the Estate of ALAN HEMBREE, <br> *Plaintiffs,* | * <br> * <br> * <br> * <br> * | **CIVIL ACTION** <br> **FILE NO. 15CV01044** |
| vs. | * <br> * | JUDGE: Kirby |
| EULUS HOLBERT KEOWN, JR., ROBERT LYNN NEWCOMB, CELADON TRUCKING SERVICES, INC., and WABASH NATIONAL CORPORATION, <br> *Defendants.* | * <br> * <br> * <br> * <br> * <br> * | |

**PLAINITFFS' SUBPOENA DUCES TECUM AND
NOTICE OF TAKING 30(b)(6) DEPOSITIONS**

TO:  Wabash National Corporation:  The person(s) most knowledgeable about the following topics:

1. Design of the underride bar/guard utilized on the subject trailer;
2. Testing and failure analysis of the underride bar/guard as used on the subject trailer;
3. Claims, litigation and alleged failures of underride bars/guards with the same design as the subject trailer;
4. Claims, litigation and alleged failures of the welds of any underride bar/guard used by Wabash;
5. Alternative designs or changes to the design of underride bars/guards utilized by Wabash since the subject trailer was manufactured;
6. Inspections of the subject trailer's underride bar/guard at any time (before or after the collision);
7. Quality control efforts, inspections, protocols and policies pertaining to the assembly/construction of underride bars/guards at Wabash at the time the subject trailer was manufactured; and
8. Quality control efforts, inspections, protocols and policies pertaining to the adequacy of welds during the manufacturing/assembly phase of the underride bar/guards at Wabash including any changes in such efforts, inspections, policies or protocols from the date of the manufacture/assembly of the subject trailer to the present.

PLEASE TAKE NOTICE that pursuant to O.C.G.A. S 9-11-30, 9-11-34, and 9-ll-45,

Plaintiffs in the above-captioned matter will take the deposition upon oral examination of the Corporate Representative(s) referenced above beginning Monday, November 21, 2016 at 8:30 a.m., Wabash National Corporate Headquarters, 1000 Sagamore Parkway S, Lafayette, IN 47905, before an officer duly authorized by law to administer oaths and take deposition testimony for the purpose of discovery, for use in this action, or for such other purposes as are permitted by the Georgia Civil Practice Act. The deposition will continue from day to day until its completion including November 22, 2016, if necessary.

This witness shall bring with him the items listed in Exhibit "A" attached hereto.

You are invited to attend and examine the witness.

This 10th day of November, 2016.

COOK LAW GROUP, P.C.

_____
Matthew E. Cook
Georgia Bar No. 184399
Kate S. Cook
Georgia Bar No. 280584
*(signed by Jon Greer with express permission)*

P.O. Box 2415
Gainesville, Georgia 30503
Telephone: (67 8) 928-3899
Facsimile: (888) 612-0589

Chris Adams
Kenneth S, Nugent, P.C.
1355 Peachtree Street, NE
Suite 1000
Atlanta GA 30309

*(Signatures on following page)*

Jan P. Cohen
Georgia Bar No. 174337
4227 Pleasant Hill Road
Building 11, Suite 300
Duluth, GA 30096


Jon Greer
Greer Tisinger, LLC
Post Office Box 529
Carrollton, Georgia
(770) 836-8327
jon@greertisingerlaw.com

**Attorneys for Plaintiffs**

## Exhibit "A"

1. All photos, memoranda, writings (electronic or otherwise) video, notes, inspection documents or any other tangible thing pertaining to any inspection of the underride bar/guard on the subject trailer at any time from the date of its manufacture to the present;

2. All documents, policies, videos or training materials regarding how the welding and assembly of the underride bar/guard should be performed on the type of underride bar/guard utilized on the subject trailer; and

3. All documents, policies, videos or training materials discussing how the welding and assembly of the underride bar/guard should be performed on the type of underride bar/guard utilized on the subject trailer.

IN THE SUPERIOR COURT OF CARROLL COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| **RITA MEEKS, Individually, and as Administratrix of the Estate of ALAN HEMBREE,** *Plaintiffs,* | * * * * * | **CIVIL ACTION** **FILE NO. 15CV01044** |
| vs. | * * | **JUDGE: Kirby** |
| **EULUS HOLBERT KEOWN, JR., ROBERT LYNN NEWCOMB, CELADON TRUCKING SERVICES, INC., and WABASH NATIONAL CORPORATION,** *Defendants.* | * * * * * * | |

## CERTIFICATE OF SERVICE

The undersigned, attorney for Plaintiffs in the above-styled case, hereby certifies that this day all parties have been served with a copy of the within and foregoing by STATUTORY ELECTRONIC SERVICE and/or United States Mail with proper postage affixed thereto and addressed as follows:

Christopher J. Adams, Esq.
Jan P. Cohen, Esq.
KENNETH S. NUGENT
1355 Peachtree Street, NE
Suite 100
Atlanta, Georgia  30309

Fred Valz, III, Esq.
William Underwood, Esq.
CARLOCK, COPELAND & STAIR
191 Peachtree Street, NE
Suite 3600
Atlanta, Georgia  30303

Matthew E. Cook, Esq.
Kate S. Cook, Esq.
COOK LAW GROUP
500 Jesse Jewell Parkway
#201
Gainesville, Georgia  30501

R. Christopher Harrison, Esq.
DOWNEY & CLEVELAND
288 Washington Avenue
Marietta, Georgia  30060

Scott Bonder, Esq.
Joseph A. White, Esq.
FRIED & BONDER
White Provision
Suite 305
1170 Howell Mill Road, NW
Atlanta, Georgia   30318

John D. Dixon, Esq.
Jan Seanor Sigman, Esq.
DENNIS, CORRY, PORTER & SMITH
3535 Piedmont Road
14 Piedmont Center
Suite 900
Atlanta, Georgia   30305

Paul Jefferson, Esq.
JEFFERSON & BREWER
300 N. Main Street
Suite 220
Indianapolis, Indiana   46204

This the 10th day of November, 2016.

GREER TISINGER, LLC

By: _____
Jon Greer
Georgia State Bar No. 107106
**Counsel for Plaintiff**

Post Office Box 529
Carrollton, Georgia  30112
Phone: (770) 836-8327
Fax:    (770) 838-9756
jon@greertisingerlaw.com