IN THE SUPERIOR COURT OF CARROLL COUNTY

STATE OF GEORGIA

| | |
|---|---|
| RITA MEEKS, Individually, and as Administratrix of the Estate of ALAN HEMBREE,<br>    *Plaintiffs*,<br><br>vs.<br><br>EULUS HOLBERT KEOWN, JR., ROBERT LYNN NEWCOMB, CELEDON TRUCKING SERVICES, INC., and WABASH NATIONAL CORPORATION,<br>    *Defendants*. | *<br>*<br>*  CIVIL ACTION<br>*  FILE NO. 15CV01044<br>*<br>*  JUDGE: Kirby<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## CONSENT MOTION FOR DISMISSAL WITH PREJUDICE

The parties to this case, by and through their attorneys, show this Court as follows:

1.

Parties may be dropped or added by Order of the Court on Motion of any party or of its own initiative at any stage of the action and on such terms as are just. O.C.G.A. §9-11-21.

2.

Plaintiffs move the Court to Dismiss With Prejudice Defendant Eulus Holbert Keown. The remaining Defendants do not object to Defendant Keown being dropped as a party.

Should the Court see fit to grant this Dismissal, a proposed Order is attached.

This 15th day of November, 2016.

*(Signatures continue on next page)*



PREPARED BY:

BY: _____
Jon Greer
Georgia Bar No. 107106
GREER TISINGER, LLC
210 South Street
Carrollton, Georgia 30117
Telephone: (770) 836-8327
Facsimile: (770) 838-9756
jon@greertisingerlaw.com
**Attorney for Plaintiffs**

By: _____
Matthew E. Cook
Georgia Bar No.: 184399
Kate S. Cook
Georgia State Bar No. 280584
COOK LAW GROUP
P.O. Box 2415
Gainesville, Georgia 30503
Telephone: (678) 928-3899
matt@cook-lawgroup.com
kate@cook-lawgroup.com
(*Signed with express permission by Jon Greer*)
**Attorneys for Plaintiffs**

KENNETH S. NUGENT, P.C.

By: _____
Christopher J. Adams
Georgia State Bar No. 002709
Jan P. Cohen
Georgia State Bar No. 174337
(*Signed with express permission by Jon Greer*)
**Attorneys for Plaintiffs**

1355 Peachtree Street, NE
Suite 1000
Atlanta, Georgia 30309
Telephone: (404) 253-5839
Facsimile: (404) 420-2195
cadams@attorneykennugent.com
jcohen@attorneykennugent.com

(*Signatures continue on next page*)

DENNIS, CORRY, PORTER & SMITH, LLP

By: _____/s/ John Dixon_____
John D. Dixon
Georgia State Bar No. 223376
Jan Seanor Sigman
Georgia State Bar No. 076229
*(Signed with express permission by Jon Greer)*
**Attorneys for Defendants Newcomb & Celadon Trucking Services, Inc.**

3535 Piedmont Road, NE
14 Piedmont Center
Suite 900
Atlanta, Georgia 30305-4611
Telephone: (404) 365-0102
Facsimile: (404) 365-0134
jdixon@dcplaw.com
jsigman@dcplaw.com

DOWNEY & CLEVELAND, LLP

By: _____/s/ R. Christopher Harrison_____
R. Christopher Harrison
Georgia State Bar No. 333199
*(Signed with express permission by Jon Greer)*
**Attorney for Defendant Keown**

288 Washington Ave.
Marietta, Georgia 30060
Telephone: (770) 422-3233
Facsimile: (770) 423-4199
harrison@downeycleveland.com

*(Signatures continue on next page)*

FRIED & BONDER, LLC

By: _____
Joseph A. White
Georgia State Bar No. 754315

*(Signed with express permission by Jon Greer)*
**Attorney for Defendant Wabash National Corporation**

White Provision
Suite 305
1170 Howell Mill Road, NW
Atlanta, GA  30318
Telephone: (404) 995-8808
Facsimile: (404)-995-8899
jwhite@friedbonder.com

IN THE SUPERIOR COURT OF CARROLL COUNTY

STATE OF GEORGIA

| | |
|---|---|
| RITA MEEKS, Individually, and as Administratrix of the Estate of ALAN HEMBREE, <br> *Plaintiffs,* <br><br> vs. <br><br> EULUS HOLBERT KEOWN, JR., ROBERT LYNN NEWCOMB, CELEDON TRUCKING SERVICES, INC., and WABASH NATIONAL CORPORATION, <br> *Defendants.* | CIVIL ACTION <br> FILE NO. 15CV01044 <br><br> JUDGE: Kirby |

## ORDER ON CONSENT MOTION FOR DISMISSAL WITH PREJUDICE

The Court being advised that Plaintiffs and Defendants consent and agree to Dismiss With Prejudice Eulus Holbert Keown, Jr.;

**IT IS HEREBY ORDERED** that the Consent Motion to Dismiss Eulus Holbert Keown, Jr. With Prejudice is hereby GRANTED.

SO ORDERED, this _____ day of November, 2016.

_____
Judge Jack Kirby
Superior Court of Carroll County