EFILED IN OFFICE
CLERK OF SUPERIOR COURT
CARROLL COUNTY, GEORGIA

**SUCV2015001044**
J024
DEC 05, 2016 10:23 AM

Alan Lee, Clerk
Carroll County, Georgia

## IN THE SUPERIOR COURT OF CARROLL COUNTY

### STATE OF GEORGIA

| | | |
|---|---|---|
| RITA MEEKS, Individually, and as Administratrix of the Estate of ALAN HEMBREE, *Plaintiffs*, | * * * * * * | CIVIL ACTION FILE NO. 15CV01044 |
| vs. | * * | JUDGE: Kirby |
| EULUS HOLBERT KEOWN, JR., ROBERT LYNN NEWCOMB, CELEDON TRUCKING SERVICES, INC., and WABASH NATIONAL CORPORATION, *Defendants*. | * * * * * * | |

### ORDER ON CONSENT MOTION FOR DISMISSAL WITH PREJUDICE

The Court being advised that Plaintiffs and Defendants consent and agree to Dismiss With Prejudice Eulus Holbert Keown, Jr.;

**IT IS HEREBY ORDERED** that the Consent Motion to Dismiss Eulus Holbert Keown, Jr. With Prejudice is hereby GRANTED.

SO ORDERED, this 28TH day of November, 2016.

_____
Judge Jack Kirby
Superior Court of Carroll County



EXHIBIT
M