# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| RITA MEEKS, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF ALAN HEMBREE, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ROBERT LYNN NEWCOMB and CELADON TRUCKING SERVICES, INC., )<br>)<br>)<br>)<br>Defendants. ) | CIVIL ACTION FILE<br>NO. 3:16-cv-0193-TCB |

## JUDGMENT IN A CIVIL CASE

This action came before the Honorable Timothy C. Batten, Sr., United States District Judge, on remand from the Eleventh Circuit [233]. An order [236] was entered making the mandate of the United States Court of Appeals the judgment of this Court, and an order [237] was entered granting Plaintiff Rita Meeks's motion [213] to enforce the settlement agreement. The orders having been entered,

**IT IS ORDERED** and **ADJUDGED** that judgment is hereby entered in favor of Plaintiff and against Defendant Robert Lynn Newcomb, in the amount of $100,000.00 plus interest accruing at the statutory rate.

[*Signature on following page.*]

Dated this 7th day of October 2020.

                                    Timothy C. Batten, Sr.
                                    United States District Judge